UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAHOE KEYS MARINA AND YACHT CLUB, LLC et al,<br><br>　　　　　Defendants. | No. 2:17-cv-02091-MCE-KJN<br><br><br>ORDER |

On October 10, 2017, plaintiff initiated this case against defendants for damages and injunctive relief for alleged violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act. (ECF No. 1). On that same day, United States District Judge Morrison C. England issued an initial scheduling order, setting forth preliminary deadlines for discovery and dispositive motions. (ECF No. 3.)

On November 30, 2017, the parties filed a joint status report indicating that a court-convened settlement conference would be a good idea, after the completion of some discovery. (ECF No. 6 at 6.) Plaintiff stipulated to the court's Voluntary Dispute Resolution Program ("VDRP"). (Id.) Subsequently, plaintiff brought a motion to compel discovery responses, based upon the alleged failure of defendants to respond to certain discovery requests. (ECF No. 11.)

1

1       In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties additional time to pursue an early informal resolution of this matter with the assistance of a third party neutral, the court finds it appropriate to stay the action and refer it the court's VDRP.

      Accordingly, IT IS HEREBY ORDERED that:

1. The action is STAYED until further order of the court and REFERRED to the VDRP.
2. In light of the stay, plaintiff's motion to compel (ECF No. 11) is denied without prejudice, subject to renewal at the completion of the VDRP.
3. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
4. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
5. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
6. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: May 4, 2018

                                                               KENDALL J. NEWMAN
                                                               UNITED STATES MAGISTRATE JUDGE