UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Rehhaut**, <br><br> Plaintiff, <br><br> v. <br><br> **Tahoe Keys Marina and Yacht Club, LLC,** a California Limited Liability Company; et al., <br><br> Defendants | **Case**: 2:17-cv-02091-MCE-KJN <br><br> **ORDER** <br> *(Granting Plaintiff leave to file First Amended Complaint)* <br><br> Date: October 18, 2018 <br> Time: 2:00 p.m. <br> Ctrm: 7 |

Good cause having been shown, and there being no opposition, Plaintiff's motion for leave to file a First Amended Complaint (ECF No. 16) is GRANTED. The Court is aware that in contravention of the Local Rules Defendants filed no opposition or statement of non-opposition. Nor did they respond to Plaintiff's request for a stipulation for leave to amend. Defendants are hereby admonished that future failures to cooperate in good faith or to follow the applicable rules and/or orders of the Court will result in the imposition of sanctions upon no further notice to the parties.

IT IS SO ORDERED.

Dated: October 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE