UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability Company, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02091-MCE-KJN<br><br>**ORDER** |

After review of the parties Joint States Report (ECF No. 40), in which they indicated they were amenable to attempting to informally resolve this case, the Court referred the matter to the assigned magistrate judge for a settlement conference. Defendants wholly failed to engage, even failing to respond to a minute order issued on June 16, 2022, thereby wasting the time and resources of the magistrate judge and this Court.

Accordingly, not later than ten (10) days following the date this Order is electronically filed, Defendants are ordered to show cause ("OSC") in writing as to why

///

///

1  sanctions, up to and including striking their Answer, should not be imposed for failure to
2  respond to the inquiries and orders of this Court.  Failure to timely respond to this OSC
3  will result in the imposition of such sanctions upon no further notice to the parties.
4      IT IS SO ORDERED.

6  Dated:  August 24, 2022

                                           MORRISON C. ENGLAND, JR
                                           SENIOR UNITED STATES DISTRICT JUDGE