UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability company, et al.,<br><br>    Defendants. | No. 2:17-cv-02091-MCE-KJN<br><br>**ORDER** |

   Defendants in this case have a history of ignoring the applicable rules and orders and orders of this Court and the assigned magistrate judge.  See, e.g., ECF Nos. 44, 46. The Court nonetheless permitted new counsel to be substituted.  ECF No. 49. Accordingly, not later than October 17, 2022, Defendants are ordered one final time to show cause in writing why their Answer should not be stricken for failure to comply with the applicable rules and orders of this Court.  Failure to timely or adequately respond will result in their Answers being stricken with no further notice to the parties.

   IT IS SO ORDERED.

DATED: October 9, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1