UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT, | No. 2:17-cv-02091-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability company, et al., | |
| Defendants. | |

After Defendants' multiple failures to respond to correspondence and orders of this Court, the Court issued an Order to Show Cause ("OSC") giving Defendants one final opportunity to "show cause in writing why their Answer should not be stricken for failure to comply with the applicable rules and orders of this Court." ECF No. 50, at 1. The Court advised that "[f]ailure to timely or adequately respond [would] result in [Defendants'] Answers being stricken with no further notice to the parties." Id. Defendants again failed to respond.

Accordingly, Defendants' Answer (ECF No. 36) is hereby STRICKEN. Not later than five (5) days following the date this Order is electronically filed, Plaintiff is directed to file a request for entry of default. Not later than twenty (20) days following the date

default is entered, Plaintiff is directed to notice a Motion for Default Judgment in accordance with the Local Rules.

Finally, given the egregious nature of Defendants' and their counsels' continuous disregard of this Court's orders, the Court hereby imposes sanctions in the amount of $1,000 as to each Defendant, Tahoe Keys Marina and Yacht Club, LLC, and LT Food and Spirits, Inc., and each defense counsel of record, Justin Marley Clouser and Ravn Reece Whitington.  Not later than five (5) days from the date this Order is electronically filed, counsel and Defendants shall pay those sanctions to the Clerk of the Court.  Within that same timeframe, counsel is further directed to provide notice of this Order to the State Bar of California.  See Cal. Bus. & Prof. Code § 6068(o)(3).

IT IS SO ORDERED.

Dated:  November 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE