UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT, <br><br> Plaintiff, <br><br> v. <br><br> TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability Company; LT FOOD AND SPIRITS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:17-CV-02091-MCE-KJN <br><br> **ORDER** |

**ORDER**

Pursuant to the notice of settlement filed in this case, the Court hereby vacates all currently set dates and denies all pending motions as moot, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

IT IS SO ORDERED.

DATED: December 20, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE