UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability Company; LT FOOD AND SPIRITS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:17-CV-02091-MCE-KJN<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: April 10, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE