UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REHHAUT,<br><br>        Plaintiff,<br><br>    v.<br><br>TAHOE KEYS MARINA AND YACHT CLUB, LLC, a California Limited Liability Company; LT FOOD AND SPIRITS, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 2:17-CV-02091-MCE-KJN<br><br>**ORDER** |

Having considered the Stipulated Request to Set Aside Sanctions Order (ECF 52) (Stipulation to Set Aside Sanctions) and Defendant Tahoe Keys Marina and Yacht Club, LLC's (TKMYC) Motion for Leave to File Response to Order (ECF 50), Dated October 11, 2002, and to Set Aside Order (ECF 52), dated November 9, 2022 (ECF 53) (Motion to Set Aside Sanctions), and finding good cause therefore,

IT IS HEREBY ORDERED that the Stipulation to Set Aside Sanctions is GRANTED.

It is further ORDERED that the sanctions Order (ECF 52), dated November 9, 2022, is vacated.

It is further ORDERED that the $4,000.00 in sanction checks provisionally tendered to the Court by Porter Simon, Professional Corporation (Porter Simon), during the pendency of the Motion to Set Aside Sanctions, be returned or repaid to Porter Simon.

IT IS SO ORDERED.

Dated: April 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE